CHAPTER 13 TRUSTEE • JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| ① 00-03-10771 NORMAN J. & MADINE J REED | | 14.70 | 0.00 | -14.70 |
| Otter Creek | UNCLAIMED FUNDS | | Claim #012 | |
| ② 00-03-11035 KENNETH D. & LYNNETTE L. DAVIS | | 53.42 | 0.00 | -53.42 |
| CITIGROUP SALES AND FINANCING | UNCLAIMED FUNDS | | Claim #018 | |
| ③ 00-04-11074 PRISCILLA WILLIAMS | | 182.79 | 0.00 | -182.79 |
| | UNCLAIMED FUNDS | | Claim #006 | |
| Totals: | | 250.91 | 0.00 | |

① OTTER CREEK FAMILY HEATH
c/o Dr. FJELD
294 WHEELER Rd,
BRANDON, VT 05733

② CITIGROUP SALES & FINANCING
P.O. BOX 24330
OKLAHOMA CITY, OK 73124

③ PRISCILLA WILLIAMS
191 FINEL HOLLOW ROAD
POULTNEY, VT 05764